## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANG DIAMONDS LLC, <br><br> Defendant. | Case No.: 22-cv-1292-AGS-KSC <br><br> **ORDER GRANTING JOINT MOTIONS TO STAY (ECF 61, 62)** |

The parties' joint motions to stay (ECF 61, 62) are **GRANTED**. The matter is stayed pending further order of the Court. The parties must file a joint status report on October 1, 2023, and every six months thereafter, until the stay is lifted.

Dated: April 3, 2023

Andrew G. Schopler
United States District Judge