LOWENSTEIN SANDLER LLP
Jeffrey L. Cohen, Esq.
Email: jcohen@lowenstein.com
Eric Chafetz, Esq.
Email: echafetz@lowenstein.com
Michael A. Kaplan, Esq.
Email: mkaplan@lowenstein.com
Attorneys for Plaintiff and Counter-Defendant,
The Liquidating Trustee for the VPX Liquidating Trust

MANDOUR & ASSOCIATES, APC
Joseph A. Mandour (SBN 188896)
Email: jmandour@mandourlaw.com
Gordon E. Gray (SBN 175209)
Email: ggray@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for Defendant and Counterclaimant,
Bang Diamonds LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | VITAL PHARMACEUTICALS, INC., a Florida corporation D/B/A BANG ENERGY,<br><br>Plaintiff,<br><br>v.<br><br>BANG DIAMONDS LLC, a California limited liability company,<br><br>Defendant.<br><br>BANG DIAMONDS LLC, a California limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida corporation D/B/A BANG ENERGY,<br><br>Counter-Defendant. | Case No. 3:22-cv-01292-TWR-KSC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's order [Dkt. #76], the Liquidating Trustee for the VPX Liquidating Trust on behalf of Plaintiff Vital Pharmaceuticals, Inc., and Defendant Bang Diamonds LLC (together, the "Parties") hereby provide the following Joint Status Report.

1.     As discussed in the Parties' prior joint status report [Dkt. #75] (the "Prior Joint Status Report"), Vital Pharmaceuticals, Inc. and its debtor-affiliates filed for chapter 11 protection (the "Chapter 11 Cases") in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division (the "Bankruptcy Court"), which are jointly administered under Case No. 22-17842-PDR.   Following the commencement of the Chapter 11 Cases, these proceedings were stayed pursuant to the automatic stay and following this Court's granting the Parties' Joint Motion to Stay [Dkt. #70].

2.     On November 8, 2023, the Bankruptcy Court entered the *Order (I) Approving On A Final Basis The Second Amended Disclosure Statement For Debtors' Second Amended Joint Plan Of Liquidation, And (II) Confirming The Debtors' Second Amended Joint Plan of Liquidation* [Case No. 22-17842-PDR, ECF No. 2258] (the "Confirmation Order"), which confirmed the *Debtors' Second Amended Joint Plan of Liquidation* [Case No. 22-17842-PDR, ECF No. 1905] and all supplements thereto.

3.     Pursuant to  the Plan and Confirmation Order, confirmation of  the Plan serves as a broad permanent injunction against all entities who have held, hold, or may hold claims against or interest in the Debtors, the Trust, or the Estates that arose prior to the Effective Date, which includes the counterclaims of the Counterclaimant against VPX in this action (the "Plan Injunction") [*See* Case No. 22-17842-PDR, ECF No. 2258 at 33–34; ECF No. 1905, Art. XII.J.]. The Plan Injunction enjoins any further action in this proceeding.

4.     At this juncture, the Parties and Energy Beverages, LLC are in the process of finalizing a settlement agreement (the "Settlement Agreement") to resolve this matter amicably and expeditiously.

5.     While the Parties anticipate that the Settlement Agreement will be fully executed within the coming days, they respectfully request that the Court continue the stay to provide sufficient time to finalize this resolution.

6.     Within five (5) days of executing the Settlement Agreement, the Parties will jointly file a stipulated dismissal to dismiss this action.

                              Respectfully submitted,

                              MANDOUR & ASSOCIATES, APC

Date:  July 1, 2024

                              _____/s/ Gordon E. Gray_____
                              Gordon E. Gray
                              Attorneys for Defendant and Counterclaimant,
                              Bang Diamonds LLC


                              LOWENSTEIN SANDLER LLP


                              _____/s/ Michael A. Kaplan_____
                              Michael A. Kaplan
                              Attorneys for Plaintiff and Counter-Defendant,
                              The Liquidating Trustee for the VPX Liquidating
                              Trust

## CERTIFICATE OF SERVICE

I hereby certify that on the below date I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the same on the parties.

Date:  July 1, 2024          /s/ Gordon E. Gray
                             Gordon E. Gray
                             Email: ggray@mandourlaw.com